UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOE DANIEL ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:23-CV-225 |
| | § | |
| JAMES PAYNE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Joe Daniel Adams, a prisoner confined at the Shelby County Jail, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against James Payne, Karren Price, LeAnn Rafferty, Allison Harbuson, John Price, Kevin Windham, Ruth Gonzales, Holly Hammons, and Dexter Jones.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommended denying Plaintiff's First Motion for Default Judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes the objections are without merit.

**ORDER**

Accordingly, Plaintiff's objections (#53) are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge (#51) is **ADOPTED**.  Plaintiff's First Motion for Default Judgment (#49) is **DENIED**.

SIGNED at Beaumont, Texas, this 11th day of March, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE